IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR B. STRONG, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 08-3038 |
| RAYMOND M. LAWLER, et al., | |
| Respondents. | |

FILED
OCT 28 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE

**ORDER**

AND NOW, this 28th day of October, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated July 29, 2010, IT IS HEREBY ORDERED that:

    1.    the Report and Recommendation is APPROVED and ADOPTED;

    2.    the Petition for Writ of Habeas Corpus is DISMISSED; and

    3.    there is no probable cause to issue a certificate of appealability.

BY THE COURT:

John P. Fullam, J.